1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRANDON T. BARNES,                        No.  2:16-cv-2606 AC P

12              Plaintiff,

13       v.                                    ORDER

14   UNKNOWN,

15              Defendants.

16

17       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the

19   required filing fee of $350.00 plus the $50.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a),

20   1915(a).  However, he has requested that the court send him an application to proceed in forma

21   pauperis.  ECF No. 1 at 6.

22       Accordingly, IT IS HEREBY ORDERED that:

23       1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis on the form provided by the Clerk of Court.

25   ////

26

27   [1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee
     but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not
28   required to pay the $50.00 administrative fee.

                                            1

1  Plaintiff's failure to comply with this order will result in a recommendation that this action be

2  dismissed.

3          2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

4  Forma Pauperis By a Prisoner.

5  DATED: November 8, 2016

6  _____
   ALLISON CLAIRE

7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2