UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON T. BARNES, | No. 2:16-cv-2606 AC P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed November 9, 2016, plaintiff was ordered to submit an application to proceed in forma pauperis within thirty days. ECF No. 3. Thirty days have passed and plaintiff has failed to submit an application or otherwise respond to the order.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall file a completed application to proceed in forma pauperis. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: December 27, 2016

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE